

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00607-CV

Robert **SHEPPARD** and Debra McKenna,
Appellants

v.

Mary **BURNEY**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 15552C
Honorable Susan Harris, Judge Presiding

# O R D E R

On November 16, 2015, the court reporter notified this Court that the record was due on November 23, 2015; however, appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record. The court reporter also states appellant is not entitled to appeal without paying the fee.

On November 20, 2015, this Court ordered appellant to provide proof on or before November 30, 2015 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Appellant was cautioned that failure to respond within the time provided would result in Appellant's brief being set to be due within thirty (30) days, and the court will only consider those issues or points raised in Appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant failed to respond, and on December 1, 2015, the court reporter notified this court appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record. Accordingly, Appellant's brief is due on or before January 4, 2016. This Court will only consider those issues or points raised in Appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2015.



Keith E. Hottle
Clerk of Court